117 A.3d 1278

**CITY OF PHILADELPHIA, Respondent**

v.

**Nathan LERNER, Petitioner.**

Supreme Court of Pennsylvania.

June 25, 2015.

## *ORDER*

PER CURIAM.

**AND NOW,** this 25th day of June, 2015, the Petition for Allowance of Appeal is **GRANTED.** The issue is:

[Whether t]he Commonwealth Court [properly] decided that [it was] constrained by its own decision in *Krug v. City of Philadelphia*, 152 Pa.Cmwlth. 475, 620 A.2d 46 (1993)[,] to sustain a judgment for a tax assessment where the Common Pleas Court found that there was no rational basis for the amount allegedly owed by the [p]etitioner and the Commonwealth Court stated that the City's tactics may well lack authority in law.